### JUDITH DOBUZINSKY ET AL. *v.* MIDDLESEX MUTUAL ASSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 49 Conn. App. 398 (AC 17278), is denied.

BERDON, J., dissenting. I would grant the plaintiffs' petition for certification to appeal.

MACDONALD., J., did not participate in the consideration or decision of this petition.

*Barbara L. Cox* and *William F. Gallagher,* in support of the petition.

*William F. Tiernan, Jr.,* in opposition.